United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **JESUS SERNA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:22-CV-00083** |
| § | |
| **OMAR REYERO ZAPATA,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Jesus Serna and Defendants Omar Reyero Zapata and Transmontes SA De CV filed a Joint Stipulation and Request for Dismissal with Prejudice (Dkt. 24). In this Stipulation (Dkt. 24), the Parties indicated that all matters in this controversy have been resolved, and that they wish the matter to be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2). As counsel for all Parties has signed this Stipulation (Dkt. 24), the Court construes this filing as a voluntary stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii). *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this August 25, 2023.

_____
Diana Saldaña
United States District Judge